People of the State of Illinois ex rel. Erling E. Saland, appellant, v. John J. Hallihan, appellee. Gen. No. 40,326.

Opinion filed February 27, 1939. Rehearing denied March 13, 1939.

Ray E. Lane, for appellant. Otto Kerner, Attorney General, for appellee; Earl B. Dickerson, Assistant Attorney General, of counsel.

Mr. Justice Matchett delivered the opinion of the court.